■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRUS DUDLEY, Appellant. [844 NYS2d 162]—Appeal by the defen-

dant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (Marrero, J.), imposed June 29, 2005, on the ground that the amended sentence is excessive.

Ordered that the amended sentence is affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.